| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 1:21-cr-10231-FDS-8 |
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* |
| | | 1:24-cr-97-PB-01 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT Massachusetts | DIVISION |
|---|---|---|
| Patrick Snow District of New Hampshire | NAME OF SENTENCING JUDGE F. Denis Saylor, IV | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 04/13/2023 | TO 04/12/2026 |

| OFFENSE |
|---|
| Conspiracy to Distribute and to Possess with Intent to Distribute 5 Kilograms or More of Cocaine, in violation of 21 U.S.C. § § 846 |

| JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision) |
|---|
| Permanent residence in the District of New Hampshire |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF _ Massachusetts

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___District of New Hampshire_____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

___8/30/2024___
*Date*

_____
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF New Hampshire

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

___September 26, 2024___
*Effective Date*

_____
*United States District Judge*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1)  PATRICK JOSEPH;<br>(2)  DONALD CUE;<br>(3)  NIGHT MENARD, a/k/a Jean Gerald Francois;<br>(4)  CRISTIAN JUNIOR ALVARADO DELEON;<br>(5)  OSCAR NIEVES SOSA;<br>(6)  STIVEN BERRIO OSORIO;<br>(7)  ROBERT MONTEIRO;<br>(8)  PATRICK SNOW;<br>(9)  FELIX BAEZ MUNOZ;<br>(10) PATRICK RINVIL; and<br>(11) RICHARD ARCHIE,<br><br>Defendants | Criminal No.  21cr10231<br><br>Violations:<br><br>Count One: Conspiracy to Distribute and to Possess with Intent to Distribute 5 Kilograms or More of Cocaine and Cocaine Base<br>(21 U.S.C. § 846)<br><br>Count Two: Felon in Possession of Firearm and Ammunition<br>(18 U.S.C. § 922(g)(1))<br><br>Count Three: Possession of a Firearm in Furtherance of a Drug Trafficking Offense<br>(18 U.S.C. § 924(c))<br><br>Drug Forfeiture Allegation:<br>(21 U.S.C. § 853)<br><br>Firearm Forfeiture Allegation:<br>(18 U.S.C. § 924(d) & 28 U.S.C. § 2461(c)) |

## INDICTMENT

### COUNT ONE
Conspiracy to Distribute and to Possess with Intent to Distribute
5 Kilograms or More of Cocaine and Cocaine Base
(21 U.S.C. § 846)

The Grand Jury charges:

From in or about February 2020 through on or about May 27, 2021, in Randolph,

Stoughton, Boston, and South Easton, in the District of Massachusetts and elsewhere, the

defendants,

(1)    PATRICK JOSEPH;
(2)    DONALD CUE;

     (3)     NIGHT MENARD a/k/a Jean Gerald Francois;
     (4)     CRISTIAN JUNIOR ALVARADO DELEON;
     (5)     OSCAR NIEVES SOSA;
     (6)     STIVEN BERRIO OSORIO;
     (7)     ROBERT MONTEIRO;
     (8)     PATRICK SNOW;
     (9)     FELIX BAEZ MUNOZ;
    (10)    PATRICK RINVIL; and
    (11)    RICHARD ARCHIE,

conspired with each other and with other persons known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in Count One involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(ii) is applicable to this Count.

It is further alleged that, with respect to Count One, 5 kilograms or more of a mixture and substance containing a detectable amount cocaine, a Schedule II controlled substance, were reasonably foreseeable by, and are attributable to, (1) PATRICK JOSEPH, (2) DONALD CUE, (4) CRISTIAN JUNIOR ALVARADO DELEON, (5) OSCAR NIEVES SOSA, (6) STIVEN BERRIO OSORIO, and (10) PATRICK RINVIL. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(ii) is applicable to defendants (1) PATRICK JOSEPH, (2) DONALD CUE, (4) CRISTIAN JUNIOR ALVARADO DELEON, (5) OSCAR NIEVES SOSA, (6) STIVEN BERRIO OSORIO, and (10) PATRICK RINVIL.

All in violation of Title 21, United States Code, Section 846.

COUNT TWO
Felon in Possession of Firearm and Ammunition
(18 U.S.C. § 922(g)(1))

The Grand Jury further charges:

On or about May 27, 2021, in Randolph, in the District of Massachusetts, the defendant,

(2) DONALD CUE,

knowing that he was previously convicted in a court of a crime punishable by imprisonment for a

term exceeding one year, did knowingly possess, in and affecting commerce, a firearm and

ammunition, that is, a Smith and Wesson .40 caliber pistol, bearing serial number FCE1808, a

Kimber .45 caliber pistol, bearing serial number K188488, a Ruger 9mm pistol, bearing serial

number 453-71301, and various rounds of .40 caliber ammunition, .45 caliber ammunition, and

9mm ammunition.

All in violation of Title 18, United States Code, Section 922(g)(1).

COUNT THREE
Possession of a Firearm in Furtherance of a Drug Trafficking Offense
(18 U.S.C. § 924(c)(1)(A)(i))

The Grand Jury further charges:

On or about May 27, 2021, in Randolph, in the District of Massachusetts, the defendant,

(4) CRISTIAN JUNIOR ALVARADO DELEON,

did knowingly possess a firearm, to wit: a Taurus 9mm pistol bearing serial number TMS46484,

in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United

States, to wit: conspiracy to distribute and possess with intent to distribute 5 kilograms or more of

cocaine and cocaine base, as charged in Count One of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

1.      Upon conviction of the offense in violation of Title 21, United States Code, Section

846, set forth in Count One, the defendants,

       (1)    PATRICK JOSEPH;
       (2)    DONALD CUE;
       (3)    NIGHT MENARD a/k/a Jean Gerald Francois;
       (4)    CRISTIAN JUNIOR ALVARADO DELEON;
       (5)    OSCAR NIEVES SOSA;
       (6)    STIVEN BERRIO OSORIO;
       (7)    ROBERT MONTEIRO;
       (8)    PATRICK SNOW;
       (9)    FELIX BAEZ MUNOZ;
       (10)   PATRICK RINVIL; and
       (11)   RICHARD ARCHIE,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any

property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of

such offense; and any property used, or intended to be used, in any manner or part, to commit, or

to facilitate the commission of, such offense.

2.      If any of the property described in Paragraph 1, above, as being forfeitable pursuant

to Title 21, United States Code, Section 853, as a result of any act or omission of the

defendants --

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the Court;

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without
       difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to

seek forfeiture of any other property of the defendants up to the value of the property described in

Paragraph 1 above.

    All pursuant to Title 21, United States Code, Section 853.

## FIREARM FORFEITURE ALLEGATION
(18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

The Grand Jury further finds:

1.      Upon conviction of the offense in violation of Title 18, United States Code, Section 922, set forth in Counts Two and Three, the defendants,

### (2) DONALD CUE, and
### (4) CRISTIAN JUNIOR ALVARADO DELEON,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in any knowing commission of the offense. The property to be forfeited includes, but is not limited to, the following:

   a. A Smith and Wesson .40 caliber pistol bearing serial number SD4OVE,

   b. A Kimber .45 caliber pistol bearing serial number K188488,

   c. A Ruger 9mm pistol bearing serial number 453-71301,

   d. A Taurus 9mm pistol bearing serial number TMS46484,

   e. Seven rounds of 9mm ammunition, and

   f. Various rounds of .40 caliber ammunition, .45 caliber ammunition, and 9mm ammunition.

2.      If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), as a result of any act or omission of the defendants --

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

7

    d.  has been substantially diminished in value; or

    e.  has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461.

8

A TRUE BILL

FOREPERSON

PHILIP C. CHENG
JAMES E. ARNOLD
ASSISTANT UNITED STATES ATTORNEYS
DISTRICT OF MASSACHUSETTS

District of Massachusetts: July 28, 2021
Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK
7/28/2021 @ 2:42pm

9

Query    Reports    Utilities    Help    What's New    Log Out

AbeyW,CUSTODY

# United States District Court
## District of Massachusetts (Boston)
## CRIMINAL DOCKET FOR CASE #: 1:21-cr-10231-FDS-8

Case title: USA v. Joseph et al

Magistrate judge case number: 1:21-mj-06310-MPK

Date Filed: 07/28/2021

Date Terminated: 04/13/2023

---

Assigned to: Chief Judge F. Dennis Saylor, IV

**Defendant (8)**

**Patrick Snow**
*TERMINATED: 04/13/2023*

represented by **Kevin L. Barron**
Kevin L. Barron
Attorney at Law
50 Congress Street, 6th Flr.
Boston, MA 02109
617-407-6837
Email: kevinbarronesq@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Pending Counts**

21 U.S.C. § 846- CONSPIRACY TO
DISTRIBUTE AND TO POSSESS WITH
INTENT TO DISTRIBUTE 5
KILOGRAMS OR MORE OF COCAINE
AND COCAINE BASE
(1)

**Disposition**

Time served, 3 years supervised release
and $100 special assessment.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

**Disposition**

21:846- Conspiracy to distribute and
possess with intent to distribute cocaine
and cocaine base

---

**Plaintiff**

**USA**                                          represented by  **James E. Arnold**
                                                                 United States Attorney's Office MA
                                                                 1 Courthouse Way
                                                                 Suite 9200
                                                                 Boston, MA 02210
                                                                 617-748-3603
                                                                 Fax: 617-748-3675
                                                                 Email: jamesearnold@yahoo.com
                                                                 *TERMINATED: 05/01/2024*
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Designation: Assistant US Attorney*

                                                                 **Philip C. Cheng**
                                                                 United States Attorney's Office MA
                                                                 1 Courthouse Way
                                                                 Suite 9200
                                                                 Boston, MA 02210
                                                                 617-748-3101
                                                                 Email: philip.cheng@usdoj.gov
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*
                                                                 *Designation: Assistant US Attorney*

                                                                 **Howard Locker**
                                                                 United States Attorney's Office MA
                                                                 1 Courthouse Way
                                                                 Suite 9200
                                                                 Boston, MA 02210
                                                                 617-590-3924
                                                                 Email: howard.locker@usdoj.gov
                                                                 *ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 05/26/2021 | 1 | ELECTRONIC NOTICE of Case Assignment as to Patrick Joseph, Donald Cue, Night Menard, Christian Junior Alvardo-Deleon, Oscar Nieves-Sosa, Stiven Berrio Osorio, Robert Monteiro, Patrick Snow, Felix Baez-Munoz; Magistrate Judge M. Page Kelley assigned to case. (adminn, ) [1:21-mj-06310-MPK] (Entered: 05/26/2021) |
| 05/26/2021 | 2 | MOTION to Seal as to Patrick Joseph, Donald Cue, Night Menard, Christian Junior Alvardo-Deleon, Oscar Nieves-Sosa, Stiven Berrio Osorio, Robert Monteiro, Patrick Snow, Felix Baez-Munoz by USA. (Belmont, Kellyann) [1:21-mj-06310-MPK] (Entered: 05/26/2021) |

| 05/26/2021 | 3 | Magistrate Judge M. Page Kelley: ENDORSED ORDER entered granting 2 Motion to Seal as to Patrick Joseph (1), Donald Cue (2), Night Menard (3), Christian Junior Alvardo-Deleon (4), Oscar Nieves-Sosa (5), Stiven Berrio Osorio (6), Robert Monteiro (7), Patrick Snow (8), Felix Baez-Munoz (9) (Belmont, Kellyann) [1:21-mj-06310-MPK] (Entered: 05/26/2021) |
|---|---|---|
| 05/26/2021 | 4 | SEALED COMPLAINT as to Patrick Joseph (1), Donald Cue (2), Night Menard (3), Christian Junior Alvardo-Deleon (4), Oscar Nieves-Sosa (5), Stiven Berrio Osorio (6), Robert Monteiro (7), Patrick Snow (8), Felix Baez-Munoz (9). (Attachments: # 1 Attachment, # 2 Affidavit, # 3 Exhibit A, # 4 JS45, # 5 JS45, # 6 JS45, # 7 JS45, # 8 JS45, # 9 JS45, # 10 JS45, # 11 JS45, # 12 JS45)(Belmont, Kellyann) [1:21-mj-06310-MPK] (Entered: 05/26/2021) |
| 05/26/2021 | 5 | Arrest Warrants Issued by Magistrate Judge M. Page Kelley as to Patrick Joseph, Donald Cue, Night Menard, Christian Junior Alvardo-Deleon, Oscar Nieves-Sosa, Stiven Berrio Osorio, Robert Monteiro, Patrick Snow, Felix Baez-Munoz. (Belmont, Kellyann) (Attachment 6 replaced on 5/26/2021) (Belmont, Kellyann). [1:21-mj-06310-MPK] (Entered: 05/26/2021) |
| 05/27/2021 | 6 | MOTION to Unseal Case as to Patrick Joseph, Donald Cue, Night Menard, Christian Junior Alvardo-Deleon, Oscar Nieves-Sosa, Stiven Berrio Osorio, Robert Monteiro, Patrick Snow, Felix Baez-Munoz by USA. (Belmont, Kellyann) [1:21-mj-06310-MPK] (Entered: 05/27/2021) |
| 05/27/2021 | 7 | Magistrate Judge M. Page Kelley: ORDER entered granting 6 Motion to Unseal Case as to Patrick Joseph (1), Donald Cue (2), Night Menard (3), Oscar Nieves-Sosa (5), Stiven Berrio Osorio (6), Robert Monteiro (7), Patrick Snow (8), Felix Baez-Munoz (9) (Belmont, Kellyann) [1:21-mj-06310-MPK] (Entered: 05/27/2021) |
| 05/27/2021 | | Arrest of Patrick Joseph, Donald Cue, Night Menard, Christian Junior Alvardo-Deleon, Oscar Nieves-Sosa, Stiven Berrio Osorio, Robert Monteiro, Patrick Snow (Belmont, Kellyann) [1:21-mj-06310-MPK] (Entered: 05/27/2021) |
| 05/27/2021 | 18 | Magistrate Judge M. Page Kelley: ORDER entered. ORDER PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 5 as to Patrick Joseph, Night Menard, Christian Junior Alvardo-Deleon, Oscar Nieves-Sosa, Stiven Berrio Osorio, Robert Monteiro, Patrick Snow (Belmont, Kellyann) [1:21-mj-06310-MPK] (Entered: 05/27/2021) |
| 05/27/2021 | 11 | NOTICE OF HEARING for Initial Appearance as to Oscar Nieves-Sosa, Patrick Snow.<br><br>This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible.<br><br>Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov.<br><br>Initial Appearance set for 5/27/2021 02:00 PM in Remote Proceeding : Boston before Magistrate Judge M. Page Kelley. (Belmont, Kellyann) [1:21-mj-06310-MPK] (Entered: 05/27/2021) |

| 05/27/2021 | 14 | Electronic Clerk's Notes for proceedings held before Magistrate Judge M. Page Kelley: Initial Appearance as to Oscar Nieves-Sosa, Patrick Snow held via video on 5/27/2021. Hearing held in open Court. Interpreter sworn. Court has colloquy with both defendants about whether or not they waive their presence in the courtroom for the hearing. Both defendants waive their presence in the courtroom for the hearing and the Court finds the waivers knowing and voluntary and necessary due to the Covid-19 pandemic. Court goes over the proceedings and advises defendants of their rights. Court has colloquy with defendants about their rights and whether or not they understand the pending charges. Court appoints attorney Barron to represent defendant Snow subject to review of financial affidavit. Government states charges and maximum potential penalties and moves for detention as to both defendants. Court advises parties of defendants' rights under the Due Process Protections Act. Detention and Probable cause hearing for defendant Sosa set for 6/4/21 at 3:30pm by video. Detention and Probable cause hearing for defendant Snow set for 6/8/2021 at 2:00pm by video. Defendants remanded to custody of USMS.(Attorneys present: Philip Cheng for the government and Kevin Barron for defendant Snow (standing in for attorney Harrington for defendant Nieves-Sosa) Taia Thompson for Probation. )Court Reporter Name and Contact or digital recording information: Joan Daly at joanmdaly62@gmail.com. Interpreter name: Carrie Lilley, Language: Spanish. (Belmont, Kellyann) [1:21-mj-06310-MPK] (Entered: 05/27/2021) |
| 05/27/2021 | 16 | ELECTRONIC NOTICE OF HEARING as to Patrick Snow: Detention and Probable Cause Hearing set for 6/8/2021 02:00 PM in Remote Proceeding : Boston before Magistrate Judge M. Page Kelley.<br><br>This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible.<br><br>Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov.<br><br>(Belmont, Kellyann) [1:21-mj-06310-MPK] (Entered: 05/27/2021) |
| 05/28/2021 | 23 | ELECTRONIC NOTICE OF RESCHEDULING as to Patrick Snow: Detention and Probable Cause Hearing reset for 6/8/2021 03:00 PM in Remote Proceeding : Boston before Magistrate Judge M. Page Kelley. **Note: change is to time only!** (Belmont, Kellyann) [1:21-mj-06310-MPK] (Entered: 05/28/2021) |
| 06/03/2021 | 44 | Arrest Warrant Returned Executed on 5/27/2021 as to Patrick Snow. (Belmont, Kellyann) [1:21-mj-06310-MPK] (Entered: 06/03/2021) |
| 06/04/2021 | 45 | Letter requesting additional discovery pursuant to Local Rule 116.3 as to Patrick Snow *, Jencks Materials for June 8 Hearing* (Barron, Kevin) [1:21-mj-06310-MPK] (Entered: 06/04/2021) |
| 06/07/2021 | 46 | MOTION for Release from Custody as to Patrick Snow. (Barron, Kevin) [1:21-mj-06310-MPK] (Entered: 06/07/2021) |

| 06/08/2021 | 49 | Electronic Clerk's Notes for proceedings held before Magistrate Judge M. Page Kelley: Detention and Probable Cause Hearing as to Donald Cue and Patrick Snow held via video on 6/8/2021. Hearing held in open Court. Both defendants waive the probable cause hearing. Court has colloquy with each defendant and finds the waivers knowing and voluntary. Parties agree to proceed by way of proffer for detention. Court hears argument on detention for defendant Cue. Government moves to admit exhibits A,C,F,I. No objection. Admitted. Court takes the matter of detention for defendant Cue under advisement. Defendant remanded to custody of USMS. Court hears argument on detention as to Patrick Snow. Government moves to admit exhibit A. No objection. Court takes the matter of detention for Mr. Snow under advisement. Defendant remanded to custody of USMS. (Attorneys present: Philip Cheng for the government, John Amabile and Kevin Barron for defendants and Andrew Kessler-Cleary for Probation. )Court Reporter Name and Contact or digital recording information: Linda Walsh at lwalshsteno@gmail.com. (Belmont, Kellyann) [1:21-mj-06310-MPK] (Entered: 06/08/2021) |
| 06/08/2021 | 47 | EXHIBIT/WITNESS LIST by Patrick Snow (Attachments: # 1 Exhibit 1 Charlie Whitcomb Letters, # 2 Exhibit 2 John Boland Letter)(Barron, Kevin) (Attachment 1 replaced on 6/8/2021) (Belmont, Kellyann). (Attachment 1 replaced on 6/8/2021) (Belmont, Kellyann). [1:21-mj-06310-MPK] (Entered: 06/08/2021) |
| 06/24/2021 | 64 | Magistrate Judge M. Page Kelley: ORDER entered. ORDER OF DETENTION as to Patrick Snow (Belmont, Kellyann) [1:21-mj-06310-MPK] (Entered: 06/24/2021) |
| 06/24/2021 | 65 | Magistrate Judge M. Page Kelley: ELECTRONIC ORDER entered denying 46 Motion for Release from Custody as to Patrick Snow (8) (Belmont, Kellyann) [1:21-mj-06310-MPK] (Entered: 06/24/2021) |
| 07/28/2021 | 74 | INDICTMENT as to Patrick Joseph (1) count(s) 1, Donald Cue (2) count(s) 1, 2, Night Menard (3) count(s) 1, Cristian Junior Alvarado Deleon (4) count(s) 1, 3, Oscar Nieves Sosa (5) count(s) 1, Stiven Berrio Osorio (6) count(s) 1, Robert Monteiro (7) count(s) 1, Patrick Snow (8) count(s) 1, Felix Baez Munoz (9) count(s) 1, Patrick Rinvil (10) count(s) 1, Richard Archie (11) count(s) 1. (Attachments: # 1 JS45, # 2 JS45 Attachment)(DaSilva, Carolina) (Entered: 07/28/2021) |
| 07/28/2021 | 76 | ELECTRONIC NOTICE of Case Assignment as to Patrick Joseph, Donald Cue, Night Menard, Cristian Junior Alvarado Deleon, Oscar Nieves Sosa, Stiven Berrio Osorio, Robert Monteiro, Patrick Snow, Felix Baez Munoz, Patrick Rinvil, Richard Archie; Judge George A. OToole, Jr assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge M. Page Kelley. (Finn, Mary) (Entered: 07/28/2021) |
| 07/28/2021 | 77 | Judge George A. OToole, Jr: ELECTRONIC ORDER entered. Order Referring Case to Magistrate Judge M. Page Kelley Reason for referral: Full Pretrial Proceedings as to Patrick Joseph, Donald Cue, Night Menard, Cristian Junior Alvarado Deleon, Oscar Nieves Sosa, Stiven Berrio Osorio, Robert Monteiro, Patrick Snow, Felix Baez Munoz, Patrick Rinvil, Richard Archie (DaSilva, Carolina) (Entered: 07/28/2021) |
| 08/03/2021 | 95 | Set Hearings as to Patrick Snow

This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible.

Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: |

https://forms.mad.uscourts.gov/courtlist.html.

For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov.

Arraignment set for 8/20/2021 03:00 PM in Remote Proceeding : Boston before Magistrate Judge M. Page Kelley.

Counsel are reminded that pursuant to Rule 10(b) of the Federal Rules of Criminal Procedure, a defendant may waive his right to appear in court for arraignment, if defendant files a motion signed by counsel and defendant, stating that defendant understands he has a right to appear personally for arraignment, and have the indictment read to him in open court, that defendant has reviewed the indictment and discussed it with counsel, waives appearance, and requests that a plea of not guilty be entered on his behalf. (Vieira, Leonardo) (Entered: 08/03/2021)

| 08/20/2021 | 122 | Electronic Clerk's Notes for proceedings held before Magistrate Judge M. Page Kelley: Arraignment as to Patrick Snow (8) Count 1 held on 8/20/2021 by video. Hearing held in open Court. Court has colloquy with defendant about whether or not he waives his appearance in the courtroom for the hearing. Defendant waives his appearance in the courtroom and the Court finds the waiver knowing and voluntary and finds that it is necessary to conduct the hearing this way because of the Covid-19 pandemic. Defendant waives the formal reading of the indictment. Court has colloquy with defendant about whether or not he understand the pending charges. Government states charges and maximum potential penalties. Not Guilty Plea entered by Patrick Snow (8) Count 1. Order of excludable delay on the Speedy Trial Act to issue. Defendants remanded to custody of USMS.(Attorneys present: Barron, Cheng. )Court Reporter Name and Contact or digital recording information: Kelly Mortellite at mortellite@gmail.com. (Vieira, Leonardo) (Entered: 08/20/2021) |
|---|---|---|
| 08/20/2021 | 123 | Magistrate Judge M. Page Kelley: ORDER entered. ORDER ON EXCLUDABLE DELAY as to Patrick Snow. Time excluded from July 28, 2021 until October 13, 2021. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice. (Vieira, Leonardo) (Entered: 08/20/2021) |
| 08/20/2021 | 124 | ELECTRONIC NOTICE OF HEARING as to Patrick Snow<br><br>This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible.<br><br>Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov.<br><br>Initial Status Conference set for 10/13/2021 10:00 AM in Remote Proceeding : Boston before Magistrate Judge M. Page Kelley. (Vieira, Leonardo) (Entered: 08/20/2021) |
| 10/12/2021 | 132 | JOINT MEMORANDUM of the parties pursuant to Local Rule 116.5(a) re Initial Status Conference as to Patrick Joseph, Donald Cue, Night Menard, Cristian Junior |

| | | |
|---|---|---|
| | | Alvarado Deleon, Oscar Nieves Sosa, Stiven Berrio Osorio, Robert Monteiro, Patrick Snow, Felix Baez Munoz, Patrick Rinvil, Richard Archie (Cheng, Philip) (Entered: 10/12/2021) |
| 10/12/2021 | 133 | Magistrate Judge M. Page Kelley: ORDER entered. INITIAL STATUS REPORT as to Patrick Joseph, Donald Cue, Night Menard, Cristian Junior Alvarado Deleon, Oscar Nieves Sosa, Stiven Berrio Osorio, Robert Monteiro, Patrick Snow, Felix Baez Munoz, Patrick Rinvil, Richard Archie. **Interim Status Conference set for 12/8/2021 10:30 AM in Courtroom 24 (Remote only) before Magistrate Judge M. Page Kelley.** ORDER ON EXCLUDABLE DELAY as to Patrick Joseph, Donald Cue, Night Menard, Cristian Junior Alvarado Deleon, Oscar Nieves Sosa, Stiven Berrio Osorio, Robert Monteiro, Patrick Snow, Felix Baez Munoz, Patrick Rinvil, Richard Archie. Time excluded from October 13, 2021 until December 8, 2021. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice. (Vieira, Leonardo) (Entered: 10/12/2021) |
| 10/12/2021 | 134 | ELECTRONIC NOTICE CANCELING HEARING OR OTHER DEADLINE as to Patrick Joseph, Donald Cue, Night Menard, Cristian Junior Alvarado Deleon, Oscar Nieves Sosa, Stiven Berrio Osorio, Robert Monteiro, Patrick Snow, Felix Baez Munoz, Patrick Rinvil, Richard Archie. Hearing or Deadline canceled: Initial Status Conference 10/13/2021 is **canceled.** (Vieira, Leonardo) (Entered: 10/12/2021) |
| 12/01/2021 | 138 | MOTION for Release from Custody *(Motion to Reopen Detention Hearing Under §3142(f)(2)(B))* as to Patrick Snow. (Attachments: # 1 Exhibit A)(Barron, Kevin) (Entered: 12/01/2021) |
| 12/03/2021 | 139 | JOINT MEMORANDUM of the parties pursuant to Local Rule 116.5(b) re Interim Status Conference as to Patrick Joseph, Donald Cue, Night Menard, Cristian Junior Alvarado Deleon, Oscar Nieves Sosa, Stiven Berrio Osorio, Robert Monteiro, Patrick Snow, Felix Baez Munoz, Patrick Rinvil, Richard Archie (Cheng, Philip) (Entered: 12/03/2021) |

| 12/06/2021 | 140 | Magistrate Judge M. Page Kelley: ORDER entered. ORDER ON EXCLUDABLE DELAY as to Patrick Joseph, Donald Cue, Night Menard, Cristian Junior Alvarado Deleon, Oscar Nieves Sosa, Stiven Berrio Osorio, Robert Monteiro, Patrick Snow, Felix Baez Munoz, Patrick Rinvil, Richard Archie. Time excluded from December 3, 2021 until February 8, 2022. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice., |
|---|---|---|
| | | This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible. |
| | | **Interim Status Conference set for 2/8/2022 10:00 AM in Courtroom 24 (Remote only) before Magistrate Judge M. Page Kelley.** |
| | | Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html. |
| | | For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov. |
| | | (Vieira, Leonardo) (Main Document 140 replaced on 12/6/2021) (Vieira, Leonardo). (Entered: 12/06/2021) |
| 12/10/2021 | 142 | Assented to MOTION to Seal Document as to Patrick Snow. (Barron, Kevin) (Entered: 12/10/2021) |
| 12/13/2021 | 143 | Emergency MOTION for Hearing *(for Further Hearing on Detention)* as to Patrick Snow. (Barron, Kevin) (Entered: 12/13/2021) |
| 12/14/2021 | 144 | Magistrate Judge M. Page Kelley: ELECTRONIC ORDER entered **ALLOWING** 142 Motion to Seal Document as to Patrick Snow (8). Counsel will receive an email within twenty-four (24) hours of this order with instructions for submitting sealed documents for which leave has been granted in accordance with the Local Rules of the U.S. District Court of Massachusetts. Counsel must include - Leave to file granted on (date of order)- in the caption of the document. (Vieira, Leonardo) (Entered: 12/14/2021) |
| 12/14/2021 | 145 | ELECTRONIC NOTICE OF HEARING as to Patrick Snow |
| | | This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible. |
| | | Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html. |
| | | For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov. |
| | | Further Detention Hearing set for 12/17/2021 09:30 AM in Courtroom 24 (Remote only) before Magistrate Judge M. Page Kelley. (Vieira, Leonardo) (Entered: |

| | | 12/14/2021) |
|---|---|---|
| 12/15/2021 | 147 | Magistrate Judge M. Page Kelley: ELECTRONIC ORDER entered **ALLOWING** 143 Motion for Hearing as to Patrick Snow (8) (Vieira, Leonardo) (Entered: 12/15/2021) |
| 12/17/2021 | 148 | Electronic Clerk's Notes for proceedings held before Magistrate Judge M. Page Kelley: Detention Hearing as to Patrick Snow held on 12/17/2021 by video. Court has colloquy with defendant about whether or not he waives his presence in the courtroom for the hearing. Defendant waives his presence in the courtroom and the Court finds the waiver knowing and voluntary and necessary due to the Covid-19 pandemic. Court hears from parties regarding detention. Court orders the defendant released on conditions. Court goes over the conditions and warnings with the defendant and has a colloquy with him about whether or not he understands the conditions. Order of conditions of release to issue. An arrest warrant in abeyance will be issued.(Attorneys present: Barron, Cheng, Kessler-Cleary for Probation. )Court Reporter Name and Contact or digital recording information: James Gibbons at jamesgibbonsrpr@gmail.com. (Vieira, Leonardo) (Entered: 12/17/2021) |
| 12/17/2021 | 151 | Magistrate Judge M. Page Kelley: ORDER entered. ORDER Setting Conditions of Release as to Patrick Snow. (Vieira, Leonardo) (Entered: 12/17/2021) |
| 12/21/2021 | 152 | Notice of Reassignment as to Patrick Joseph, Donald Cue, Night Menard, Cristian Junior Alvarado Deleon, Oscar Nieves Sosa, Stiven Berrio Osorio, Robert Monteiro, Patrick Snow, Felix Baez Munoz, Patrick Rinvil, Richard Archie. Chief Judge F. Dennis Saylor, IV added. Judge George A. OToole, Jr no longer assigned to case. (Danieli, Chris) (Entered: 12/21/2021) |
| 01/24/2022 | 155 | MOTION for Rule 11 Hearing as to Patrick Snow. (Barron, Kevin) (Entered: 01/24/2022) |
| 01/26/2022 | 156 | Chief Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered granting 155 Motion for Rule 11 Hearing as to Patrick Snow (8) (McKillop, Matthew) (Entered: 01/26/2022) |
| 01/26/2022 | 157 | **ELECTRONIC NOTICE OF HEARING as to Patrick Snow:** Rule 11 Hearing set for 2/24/2022 02:00 PM in Remote Proceeding : Boston before Chief Judge F. Dennis Saylor IV. <br><br> This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible. <br><br> Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html. <br><br> For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov. <br><br> Counsel is to contact U.S. Probation and Pretrial Services as soon as possible http://www.map.uscourts.gov/psi-interview-schedule to determine scheduling of the presentence interview. (McKillop, Matthew) (Entered: 01/26/2022) |
| 02/07/2022 | 161 | STATUS REPORT by USA as to Patrick Joseph, Donald Cue, Night Menard, Cristian Junior Alvarado Deleon, Oscar Nieves Sosa, Stiven Berrio Osorio, Robert Monteiro, |

| | | |
|---|---|---|
| | | Patrick Snow, Felix Baez Munoz, Patrick Rinvil, Richard Archie (Arnold, James) (Entered: 02/07/2022) |
| 02/07/2022 | 162 | ELECTRONIC NOTICE CANCELING HEARING OR OTHER DEADLINE: In light of 161 , the status hearing February 8, 2021 is cancelled, new date to issue as to Patrick Joseph, Donald Cue, Night Menard, Cristian Junior Alvarado Deleon, Oscar Nieves Sosa, Stiven Berrio Osorio, Robert Monteiro, Patrick Snow, Felix Baez Munoz, Patrick Rinvil, Richard Archie. (Vieira, Leonardo) (Entered: 02/07/2022) |
| 02/07/2022 | 163 | Magistrate Judge M. Page Kelley: ORDER entered. ORDER ON EXCLUDABLE DELAY as to Patrick Joseph, Donald Cue, Night Menard, Cristian Junior Alvarado Deleon, Oscar Nieves Sosa, Stiven Berrio Osorio, Robert Monteiro, Patrick Snow, Felix Baez Munoz, Patrick Rinvil, Richard Archie. Time excluded from February 8, 2022 until April 14, 2022. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice., <br><br> This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible. <br><br> Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html. <br><br> For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov. <br><br> ( Interim Status Conference set for 4/14/2022 10:30 AM in Courtroom 24 (Remote only) before Magistrate Judge M. Page Kelley.) (Vieira, Leonardo) (Entered: 02/07/2022) |
| 02/24/2022 | 169 | Electronic Clerk's Notes for proceedings held before Chief Judge F. Dennis Saylor, IV: Rule 11 Hearing as to Patrick Snow held by video on 2/24/2022. Case called; Defendant participates by video; court conducts colloquy with defendant concerning waiver of right to be physically present and for in-court hearing; defendant consents. Defendant sworn. Court has plea colloquy with defendant. Government summarized min/max penalties/fines. Court reviewed the consequences of pleading guilty and waiving appeal rights. Government summarized the essential elements and factual basis of the charges. Plea of guilty entered by defendant as to Count 1 of the Indictment. Sentencing set for 6/15/22 at 2pm. Procedural Order to issue. Defendant released on previous conditions of supervised release. (Attorneys present: Philip C. Cheng for the government. Kevin L. Barron for the defendant.)Court Reporter Name and Contact or digital recording information: Valerie OHara at vaohara@gmail.com. (McKillop, Matthew) (Entered: 02/25/2022) |
| 02/24/2022 | 170 | Chief Judge F. Dennis Saylor, IV: ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Patrick Snow Sentencing set for 6/15/2022 02:00 PM in Courtroom 10 (In person only) before Chief Judge F. Dennis Saylor IV. (McKillop, Matthew) (Entered: 02/25/2022) |
| 03/07/2022 | 175 | Joint MOTION to Continue *sentencing hearing* to March 2023 to sentencing hearing as to Patrick Snow by USA. (Cheng, Philip) (Entered: 03/07/2022) |
| 03/08/2022 | 178 | Chief Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered granting 175 Motion to Continue as to Patrick Snow (8) |

| | | Sentencing set for 3/8/2023 02:00 PM in Courtroom 10 (In person only) before Chief Judge F. Dennis Saylor IV. (McKillop, Matthew) (Entered: 03/08/2022) |
|---|---|---|
| 03/14/2022 | 181 | Case as to Patrick Snow no longer referred to Magistrate Judge M. Page Kelley. (Vieira, Leonardo) (Entered: 03/14/2022) |
| 03/21/2022 | 183 | Transcript of Rule 11 Hearing as to Patrick Snow held on February 24, 2022, before Chief Judge F. Dennis Saylor IV. Court Reporter Name and Contact Information: Valerie OHara at vaohara@gmail.com The Transcript may be purchased through the Court Reporter, viewed at the public terminal, or viewed through PACER after it is released. Redaction Request due 4/11/2022. Redacted Transcript Deadline set for 4/21/2022. Release of Transcript Restriction set for 6/20/2022. (Coppola, Katelyn) (Entered: 03/24/2022) |
| 03/21/2022 | 184 | NOTICE is hereby given that an official transcript of a proceeding has been filed by the court reporter in the above-captioned matter. Counsel are referred to the Court's Transcript Redaction Policy, available on the court website at http://www.mad.uscourts.gov/caseinfo/transcripts.htm (Coppola, Katelyn) (Entered: 03/24/2022) |
| 04/13/2022 | 193 | JOINT MEMORANDUM of the parties pursuant to Local Rule 116.5(b) re Interim Status Conference as to Patrick Joseph, Donald Cue, Night Menard, Cristian Junior Alvarado Deleon, Oscar Nieves Sosa, Stiven Berrio Osorio, Robert Monteiro, Patrick Snow, Felix Baez Munoz, Patrick Rinvil, Richard Archie (Cheng, Philip) (Entered: 04/13/2022) |
| 04/13/2022 | 194 | Magistrate Judge M. Page Kelley: ORDER entered. ORDER ON EXCLUDABLE DELAY as to Patrick Joseph, Donald Cue, Night Menard, Cristian Junior Alvarado Deleon, Oscar Nieves Sosa, Stiven Berrio Osorio, Robert Monteiro, Patrick Snow, Felix Baez Munoz, Patrick Rinvil, Richard Archie. Time excluded from April 14, 2022 until June 2, 2022. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice.,

This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible.

Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.

For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov.

(Further Final Status Conference set for 6/2/2022 11:30 AM in Courtroom 24 (Remote only) before Magistrate Judge M. Page Kelley.) (Vieira, Leonardo) (Entered: 04/13/2022) |
| 06/01/2022 | 204 | JOINT MEMORANDUM of the parties pursuant to Local Rule 116.5(c) re Final Status Conference as to Patrick Joseph, Donald Cue, Night Menard, Cristian Junior Alvarado Deleon, Oscar Nieves Sosa, Stiven Berrio Osorio, Robert Monteiro, Patrick Snow, Felix Baez Munoz, Patrick Rinvil, Richard Archie (Cheng, Philip) (Entered: 06/01/2022) |

| 06/01/2022 | 205 | Magistrate Judge M. Page Kelley: ORDER entered. ORDER ON EXCLUDABLE DELAY as to Donald Cue, Night Menard, Cristian Junior Alvarado Deleon, Oscar Nieves Sosa, Stiven Berrio Osorio, Robert Monteiro, Patrick Snow, Felix Baez Munoz, Patrick Rinvil, Richard Archie. Time excluded from June 2, 2022 until August 3, 2022.. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice.,<br><br>This hearing will be conducted by video conference. Counsel of record will receive a video conference invite at the email registered in CM/ECF. If you have technical or compatibility issues with the technology, please notify the session's courtroom deputy as soon as possible.<br><br>Access to the hearing will be made available to the media and public. In order to gain access to the hearing, you must sign up at the following address: https://forms.mad.uscourts.gov/courtlist.html.<br><br>For questions regarding access to hearings, you may refer to the Court's general orders and public notices available on www.mad.uscourts.gov or contact media@mad.uscourts.gov.<br><br>(Further Final Status Conference set for 8/3/2022 02:00 PM in Courtroom 24 (Remote only) before Magistrate Judge M. Page Kelley.) (Vieira, Leonardo) (Entered: 06/01/2022) |
| 08/02/2022 | 222 | JOINT MEMORANDUM of the parties pursuant to Local Rule 116.5(c) re Final Status Conference as to Patrick Joseph, Donald Cue, Night Menard, Cristian Junior Alvarado Deleon, Oscar Nieves Sosa, Stiven Berrio Osorio, Robert Monteiro, Patrick Snow, Felix Baez Munoz, Patrick Rinvil, Richard Archie (Cheng, Philip) (Entered: 08/02/2022) |
| 08/02/2022 | 224 | Magistrate Judge M. Page Kelley: ELECTRONIC ORDER entered: In light of the status report filed today 222 , the final status conference for all defendants scheduled for August 3, 2022, other than Patrick Joseph, is cancelled. New date and order of excludable delay to issue. (Vieira, Leonardo) (Entered: 08/02/2022) |
| 08/02/2022 | 225 | ELECTRONIC NOTICE CANCELING HEARING OR OTHER DEADLINE as to Donald Cue, Night Menard, Cristian Junior Alvarado Deleon, Oscar Nieves Sosa, Stiven Berrio Osorio, Robert Monteiro, Patrick Snow, Felix Baez Munoz, Patrick Rinvil, Richard Archie. Hearing or Deadline canceled: Final Status Conference hearing set for 8/3/2022 is **cancelled.** (Vieira, Leonardo) (Entered: 08/02/2022) |
| 01/19/2023 | 270 | Joint MOTION to Continue to April 2023 to sentencing hearing as to Patrick Snow by USA. (Cheng, Philip) (Entered: 01/19/2023) |
| 01/26/2023 | 272 | Chief Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered granting 270 Motion to Continue as to Patrick Snow (8)<br><br>**NOTICE OF HEARING:** Sentencing set for 4/13/2023 02:00 PM in Courtroom 10 (In person only) before Chief Judge F. Dennis Saylor IV.<br><br>(McKillop, Matthew) (Entered: 01/26/2023) |
| 04/07/2023 | 287 | SENTENCING MEMORANDUM by Patrick Snow (Barron, Kevin) (Entered: 04/07/2023) |
| 04/10/2023 | 291 | SENTENCING MEMORANDUM by USA as to Patrick Snow (Cheng, Philip) (Entered: 04/10/2023) |

| 04/13/2023 | 293 | Electronic Clerk's Notes for proceedings held before Chief Judge F. Dennis Saylor, IV: Sentencing held on 4/13/2023 for Patrick Snow (8), Count(s) 1. Case called; Parties made aware of the materials/submissions being relied upon by the Court for purposes of the hearing; applicable sentence-guideline range calculated; sentence recommendations heard. Defendant sentenced to Time served, 3 years supervised release and $100 special assessment. Defendant advised appeal rights. Defendant released on conditions of release.(Attorneys present: Philip Cheng and James Arnold for the government. Kevin L. Barron for the defendant. Carolyn Patten for probation.)Court Reporter Name and Contact or digital recording information: Valerie OHara at vaohara@gmail.com. (McKillop, Matthew) (Entered: 04/13/2023) |
| --- | --- | --- |
| 04/13/2023 | 294 | Chief Judge F. Dennis Saylor, IV: ORDER entered. JUDGMENT as to Patrick Snow (8), Count(s) 1, Time served, 3 years supervised release and $100 special assessment. (McKillop, Matthew) (Main Document 294 replaced on 4/25/2023) (McKillop, Matthew). (Entered: 04/17/2023) |
| 07/07/2023 | 318 | Chief Judge F. Dennis Saylor, IV: ORDER entered. ORDER ON EXCLUDABLE DELAY as to Patrick Joseph, Donald Cue, Night Menard, Cristian Junior Alvarado Deleon, Oscar Nieves Sosa, Stiven Berrio Osorio, Robert Monteiro, Patrick Snow, Patrick Rinvil, Richard Archie. Time excluded from July 7, 2023 until August 9, 2023. Reason for entry of order on excludable delay: 18 USC 3161(h)(7)(A) Interests of justice. (Warnock, Douglas) (Entered: 07/07/2023) |
| 04/30/2024 | 431 | MOTION to Withdraw as Attorney by James E. Arnold as to Patrick Joseph, Donald Cue, Night Menard, Cristian Junior Alvarado Deleon, Oscar Nieves Sosa, Stiven Berrio Osorio, Robert Monteiro, Patrick Snow, Felix Baez Munoz, Patrick Rinvil, Richard Archie by USA. (Arnold, James) (Entered: 04/30/2024) |
| 05/01/2024 | 432 | Chief Judge F. Dennis Saylor, IV: ELECTRONIC ORDER entered GRANTING 431 Motion to Withdraw as Attorney. Attorney James E. Arnold terminated as to Patrick Joseph (1), Donald Cue (2), Night Menard (3), Cristian Junior Alvarado Deleon (4), Oscar Nieves Sosa (5), Stiven Berrio Osorio (6), Robert Monteiro (7), Patrick Snow (8), Felix Baez Munoz (9), Patrick Rinvil (10), Richard Archie (11). (de Oliveira, Flaviana) (Entered: 05/01/2024) |
| 07/11/2024 | 480 | NOTICE OF ATTORNEY APPEARANCE Howard Locker appearing for USA. (Locker, Howard) (Entered: 07/11/2024) |
| 07/23/2024 | 503 | Chief Judge F. Dennis Saylor, IV: ELECTRONIC ORDER denying 500 Motion to Quash as to Patrick Joseph (1). (Beatty, Barbara) (Entered: 07/23/2024) |
| 08/29/2024 | 541 | Request from Probation regarding Transfer of jurisdiction as to Patrick Snow. Requested action: Signature Required. (Attachments: # 1 PF22) (Rubeiz, Christine) (Entered: 08/29/2024) |
| 08/30/2024 | 557 | Chief Judge F. Dennis Saylor, IV: ORDER entered re 541 Request from Probation regarding Transfer of jurisdiction as to Patrick Snow. **APPROVED.** (de Oliveira, Flaviana) (Entered: 09/11/2024) |
| 10/01/2024 | 577 | Memorandum from Probation regarding Transfer of jurisdiction completed as to Patrick Snow. No Action Requested. (Attachments: # 1 PF22) (Rubeiz, Christine) (Entered: 10/01/2024) |
| 10/18/2024 | 596 | Probation Jurisdiction Transferred to District of New Hampshire as to Patrick Snow Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (de Oliveira, Flaviana) (Entered: 10/18/2024) |

| 10/18/2024 | <u>597</u> | Notice to District of New Hampshire of a Transfer of Jurisdiction as to Patrick Snow. Your case number is: 1:24-cr-97-PB-01. Docket sheet and documents attached. If you require a copy of the financial ledger, please email your request to mad_findoc@mad.uscourts.gov (If you require certified copies of any documents, please send a request to mad_certcopy@mad.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (de Oliveira, Flaviana) (Entered: 10/18/2024) |
|---|---|---|

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 1

# UNITED STATES DISTRICT COURT

District of Massachusetts ▼

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) | |
| Patrick Snow | ) | Case Number: 1:21-CR-10231-FDS-8 |
| | ) | USM Number: 47510-509 |
| | ) | Kevin L. Barron |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☑ pleaded guilty to count(s)    1

☐ pleaded nolo contendere to count(s)
   which was accepted by the court.

☐ was found guilty on count(s)
   after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21 U.S.C. § 846 | Conspiracy to Distribute and to Possess with Intent to Distribute 5 Kilograms or More of Cocaine. | 5/27/2021 | 1 |

    The defendant is sentenced as provided in pages 2 through ___7___ of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s)

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

    It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

4/13/2023
_____
Date of Imposition of Judgment

/s/ F. Dennis Saylor, IV
_____
Signature of Judge

F. Dennis Saylor, IV Chief Judge U.S.D.C.
_____
Name and Title of Judge

4/13/2023
_____
Date

AO 245B (Rev. 09/19) Judgment in Criminal Case
       Sheet 2 — Imprisonment

Judgment — Page    2    of    7

DEFENDANT:  Patrick Snow
CASE NUMBER:  1:21-CR-10231-FDS-8

# IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

time served.

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at  _____ ☐ a.m. ☐ p.m.  on  _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on  _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
                       Sheet 3 — Supervised Release

Judgment—Page **3** of **7**

DEFENDANT:  Patrick Snow
CASE NUMBER:  1:21-CR-10231-FDS-8

# SUPERVISED RELEASE

Upon release from imprisonment, you will be on supervised release for a term of:

3 years

# MANDATORY CONDITIONS

1.   You must not commit another federal, state or local crime.
2.   You must not unlawfully possess a controlled substance.
3.   You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.
     ☐ The above drug testing condition is suspended, based on the court's determination that you
        pose a low risk of future substance abuse. *(check if applicable)*
4.   ☐ You must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. *(check if applicable)*
5.   ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
6.   ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
7.   ☐ You must participate in an approved program for domestic violence. *(check if applicable)*

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 3A — Supervised Release

|  | Judgment—Page | 4 | of | 7 |
|---|---|---|---|---|

DEFENDANT: Patrick Snow
CASE NUMBER: 1:21-CR-10231-FDS-8

# STANDARD CONDITIONS OF SUPERVISION

As part of your supervised release, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of your release from imprisonment, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10. You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11. You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12. If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13. You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____    Date _____

Case 1:21-cr-10231-FDS  Document 294  Filed 04/13/23  Page 5 of 7

Judgment—Page ___5___ of ___7___

DEFENDANT: Patrick Snow
CASE NUMBER: 1:21-CR-10231-FDS-8

## SPECIAL CONDITIONS OF SUPERVISION

1. You must submit to substance use testing, not to exceed 104 drug tests per year, to determine if you have used a prohibited substance. You must not attempt to obstruct or tamper with the testing methods.

AO 245B (Rev. 09/19)  Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page __6__ of __7__

DEFENDANT: Patrick Snow
CASE NUMBER: 1:21-CR-10231-FDS-8

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 100.00 | $ | $ | $ | $ |

☐ The determination of restitution is deferred until _____ . An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the ☐ fine ☐ restitution.

☐ the interest requirement for the ☐ fine ☐ restitution is modified as follows:

\* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
\*\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 6 — Schedule of Payments

Judgment — Page    7    of    7

DEFENDANT: Patrick Snow
CASE NUMBER: 1:21-CR-10231-FDS-8

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

**A** ☑ Lump sum payment of $ 100.00 _____ due immediately, balance due

       ☐ not later than _____ , or
       ☐ in accordance with ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after the date of this judgment; or

**D** ☐ Payment in equal _____ *(e.g., weekly, monthly, quarterly)* installments of $ _____ over a period of _____ *(e.g., months or years)*, to commence _____ *(e.g., 30 or 60 days)* after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ *(e.g., 30 or 60 days)* after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number Defendant and Co-Defendant Names *(including defendant number)* | Total Amount | Joint and Several Amount | Corresponding Payee, if appropriate |
|---|---|---|---|
| | | | |

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.